1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARIE T. BONE, Special Administrator Of The ESTATE OF ROMEO TEODORO, Deceased; ROSEMARIE T. BONE, an individual; ERNESTO TEODORO, an individual; and ELENITA PANGALILINGAN, an individual;<br><br>        Plaintiffs,<br><br>  vs.<br><br>KOREAN AIR LINES CO., LTD., a foreign corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>        Defendants. | Case No. 2:14-cv-01673-APG-(CWH)<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

---

[PROPOSED] ORDER OF DISMISSAL
Case No. 2:14-cv-01673-APG-CWH
LAOFFICE 132175v.1

-2-

Pursuant to the Stipulation of the Plaintiffs, The Estate of Romeo Teodoro, by and through its Special Administrator Rosemarie T. Bone, Ernest Teodoro, Elenita Pangalilingan, and Rosemarie T. Bone, individually (collectively "Plaintiffs") and Defendant Korean Air Lines Co., Ltd., submitted concurrently herewith,

**IT IS ORDERED** that:

(1) Plaintiffs' claims against Korean Air Lines Co., Ltd. in Case No. 2:14-cv-01673-APG-(CWH) are hereby dismissed with prejudice, with each party to bear their own costs.

**IT IS SO ORDERED.**

DATED: August __29__, 2016          _____
                                    Hon. Andrew P. Gordon
                                    United States District Court Judge